# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael Cooper                                Docket No. 1:01-CR-254-01

### Petition on Probation and Supervised Release

COMES NOW  Fonda L. Steele   PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of  Michael Cooper, who was placed on supervised release by the Honorable  Yvette Kane, Chief U.S. District Judge  sitting in the court at Harrisburg, PA , on the 20th day of December 2002 who fixed the period of supervised release at three years and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

> The defendant shall pay any balance of the restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of not less than $100.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mr. Cooper was ordered to pay restitution in the amount of $187,115.00. The defendant appears to have made payments to the best of his ability and in accordance with the special conditions of his supervised release; however, a restitution balance of $183,115.00 remains. Mr. Cooper has signed an Agreement (copy attached) to continue paying the restitution should the Court permit his term of supervision to expire. Mr. Cooper has complied with the conditions of supervised release and there does not appear to be any basis for violation action.

Assistant U.S. Attorney James T. Clancy was advised of the foregoing and has no objection to the proposed expiration.

PRAYING THAT THE COURT WILL ORDER that the defendant's term of supervised release be permitted to expire on April 12, 2007, without further action of the Court.

| ORDER OF THE COURT | Respectfully, |
|---|---|
| Considered and ordered this 17st day of April, 2007 and ordered filed and made a part of the records in the above case. | *Fonda L. Steele* <br> Fonda L. Steele <br> U.S. Probation Officer |
| s/Yvette Kane <br> _____ <br> Chief U.S. District Judge | Place  Harrisburg, PA <br> Date   April 12, 2007 |