UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. 1:01-CR-254-01
:
MICHAEL COOPER :

## AGREEMENT REGARDING UNPAID RESTITUTION

The following agreement is entered into by Michael Cooper, defendant in the above-captioned case, in recognition of his obligation to the victim to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On December 20, 2002, the defendant was sentenced based on his conviction at the above-captioned criminal number and directed by United States District Judge Yvette Kane, as a condition of supervision, to make restitution in the amount of $187,115.00 during a period of thirty-six months which began on April 13, 2004.

2. The defendant acknowledges that he has failed to comply with the restitutionary portion of the Court's sentence and that he presently owes the victims **$183,815.00**.

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill his restitutionary obligation under the above-described sentence, consideration will be given to allowing the defendant's period of supervision to expire as originally set by the Court. The defendant realizes that his failure to pay the above restitution obligation could form a basis for the revocation of supervision and re-sentencing by the District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant hereby agrees to make total restitution payments of $100.00, to the victim, through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, in the total amount of **$183,815.00**, said payments are to be made on a monthly basis between the first and fifteenth day of each month. Additionally, the defendant agrees, should his personal finances improve, to increase the monthly payments accordingly. Further, the defendant agrees that if he moves from his residence at 2630 Lexington Street, Harrisburg, Pennsylvania, he will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid restitution in the amount of **$183,815.00** to the victim and authorizes the named victim and their attorney to enter judgment against him for said amount in any appropriate court for the full amount. It is the defendant's intention that he be bound by this confession of judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
Defendant

_____
Witness

Sworn to and subscribed before me this _____ day of _____, 2007.

_____
Deputy Clerk